**Walter Lee JACKSON, Jr., Appellant,**

v.

**State of MISSOURI; City of Poplar Bluff; Butler County; R. Kevin Barbour, Appellees.**

**No. 10–3233.**

United States Court of Appeals, Eighth Circuit.

Submitted: Nov. 26, 2010.

Filed: Jan. 12, 2011.

Walter Lee Jackson, Jr., Moberly, MO, pro se.

Before LOKEN, MURPHY, and BENTON, Circuit Judges.

PER CURIAM.

Missouri inmate Walter Lee Jackson appeals the district court's[1] order dismissing his unsigned 42 U.S.C. § 1983 complaint under Fed.R.Civ.P. 41(b) for failure to prosecute. In an earlier order, the court directed Jackson to sign the complaint or it would be dismissed without prejudice. After careful review, we conclude that the court did not abuse its discretion in dismissing the complaint when Jackson failed to comply with its prior directive. *See Boyle v. Am. Auto Serv., Inc.*, 571 F.3d 734, 742 (8th Cir.2009) (standard of review). Consistent with that directive, we clarify that the dismissal was without prejudice. As so clarified, the order of dismissal is affirmed. *See* 8th Cir. R. 47B.

---

1. The Honorable Stephen N. Limbaugh, Jr., United States District Judge for the Eastern District of Missouri.